**Order entered January 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00213-CV

## MICHAEL DWAIN WILLIAMS, Appellant

## V.

## LUPE VALDEZ, SHERIFF, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09709**

## ORDER

Before the Court is appellant's rule 49.8 "request for extension of time to file motion for rehearing on order reinstating appeal." *See* TEX. R. APP. P. 49.8. The order appellant seeks to have reconsidered is dated December 3, 2018 and sets January 2, 2019 as the deadline for filing appellant's brief. In his request, appellant also seeks an extension of time to file his brief.

We **GRANT** appellant's request to the extent we **ORDER** appellant's brief be filed no later than February 20, 2019.

/s/     BILL WHITEHILL
        JUSTICE